UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   24 Cr. 339 (LGS)
            -against-                                       :
                                                            :   ORDER
                                                            :
TREVIS RAPHAEL,                                             :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 16, 2024, Defendant filed a Motion to Suppress Physical Evidence (Dkt. No. 23);

WHEREAS, in his motion, Defendant relies on notes (USAO_487) from the Government's interview of PO McClain concerning the circumstances of Defendant's arrest. It is hereby

**ORDERED** that Defendant's counsel shall email the aforementioned notes to Schofield_NYSDChambers@nysd.uscourts.gov. with a copy to counsel for the Government.

Dated: October 15, 2024
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**