**FOY & SEPLOWITZ**
attorneys at law

24 BERGEN STREET, SUITE 200
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

January 3, 2025

VIA ECF

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application DENIED as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 35.
>
> Dated: January 8, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    **Re:**   **US v. Trevis Raphael**
           **Dkt. # 24 Cr. 339 (LGS)**
           **Request for Temporary Modification**
           **of Release Conditions**

Dear Judge Schofield:

On January 2, 2025 I submitted a request on behalf of Mr. Trevis Raphael to permit him to travel to Totowa, New Jersey on January 10, 2025 to attend the burial ceremony for his mother who recently passed away. The application was made with the consent of the government and pre-trial services.

After further consultation with Mr. Raphael and direct communications with his relative, Christina Harrison, I am also requesting a temporary modification of his release conditions. Specifically, I am requesting that Mr. Raphael be able to leave the shelter where he presently resides and stay with his relative, Ms. Harrison, from January 2, 2025 through January 11, 2025. Ms. Harrison resides in the Bronx[1]. Ms. Harrison has expressed that she believes that Mr. Raphael should be surrounded by family at this difficult and emotional time and is concerned that being in a shelter environment now may not be conducive to a healthy grieving process for Mr. Raphael.

While both the government and pre-trial services consent to Mr. Raphael attending the burial in New Jersey on January 10th, it is my understanding that pre-trial services objects to a temporary amendment of release conditions to permit Mr. Raphael to stay with his relative in the Bronx. The government will defer to the judgment of pre-trial services. The objection by pre-trial services is due to recent

---

[1] The address and phone number for Ms. Harrison has been disclosed to the government and will be provided to pre-trial services.

**FOY & SEPLOWITZ** LLC
ATTORNEYS AT LAW

PAGE 2

compliance issues[2] (i.e., violating curfew on 12/30/24 and 12/31/24) and the fact that the electronic monitoring equipment would not operate properly at Ms. Harrison's home. They further expressed concern that Mr. Raphael may lose his space at the shelter.

Based upon the issue raised regarding the electronic monitoring, I am requesting that it be suspended until January 11, 2025 if in fact the equipment does not work properly at Mr. Harrison's home. Mr. Raphael has reported to me that he received passes from the shelter to hold his spot there so he can spend time with family for one week.

Please note that tomorrow I will be leaving the country and will not return to the office until January 13th. If necessary, my associate counsel, Eric Sarraga[3], can address any potential follow up with the court while I am away.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:   AUSA Meredith Foster
      Trevis Raphael

---

[2] On December 18, 2024, pre-trial services informed me Mr. Raphael has not complied with undergoing a mental health evaluation as per his bail conditions require. Mr. Raphael has taken the position that he does not have a mental health issue that requires a mental health evaluation.
[3] Email is esarraga@foyseplowitz.com