UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :
                                                            :        24 Cr. 339 (LGS)
              -against-                                      :
                                                            :        SCHEDULING ORDER
  TREVIS RAPHAEL,                                            :
                                            Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Trevis Raphael's sentencing hearing will be held

on **June 30, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any,

shall be filed on or before **June 9, 2025**.  The Government's pre-sentencing submission, if any,

shall be filed by **June 12, 2025.**

Dated: March 13, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE