UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                :

  UNITED STATES OF AMERICA        :

                                :

                                :          24 Cr. 339 (LGS)

               -against-            :

                                :          <u>ORDER</u>

  TREVIS RAPHAEL,               :

                     Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated March 6, 2026, is currently scheduled for March 31, 2026, at 10:30 a.m.  It is hereby

      **ORDERED** that the Defendant's appointment of counsel and arraignment on the pending specifications is referred to the magistrate judge on duty.  The Government shall promptly schedule a hearing date.  It is further

      **ORDERED** the parties shall confer and file a joint status letter on **March 23, 2026,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: March 12, 2026
       New York, New York

                                    **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**