

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 13, 2026

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Application Granted. The parties file a joint status letter on **March 30, 2026**, informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed. The status conference currently scheduled for March 31, 2026, is adjourned to **April 7, 2026, at 11:45 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 58.*

    **Re:** *United States v. Trevis Raphael*, 24 Cr. 339 (LGS)

*Dated: March 16, 2026*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government and Jason Foy, defense counsel for Trevis Raphael, write respectfully to request an additional week to file a joint status letter with the Court to respond to the Court's March 12, 2026 Order. (Dkt. 57).

On or about March 12, 2026, the Court ordered the defendant and the Government to confer and file a joint status letter on March 23, 2026, informing the Court "of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed." (Dkt. 57). The Government has spoken with defense counsel who informed the Government that defense counsel will be on trial—where his client is facing murder charges—for approximately the next few weeks. Because of the anticipated length of defense counsel's trial and to give the parties sufficient time to confer about whether a disposition may be reached or an evidentiary hearing is necessary, the parties respectfully request an additional week to file a joint letter with the Court. Under this schedule, the joint letter would be due on March 30, 2026.

Respectfully,

JAY CLAYTON
United States Attorney

by: /s/Meredith C. Foster
Meredith C. Foster
Assistant United States Attorney
(212) 637-2310

Cc: Counsel of Record