

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 9, 2026

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

The parties shall appear for a sentencing hearing on **June 23, 2026, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **June 1, 2026**. The Government's sentencing submission shall be filed by **June 4, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 72.

Dated: May 13, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Re:    *United States v. Trevis Raphael*, 24 Cr. 339 (LGS)**

Dear Judge Schofield:

The Government respectfully submits a copy of the transcript from the change-of-plea hearing for defendant Trevis Raphael held before United States Magistrate Judge Robyn F. Tarnofsky on April 29, 2026, in which the defendant admitted to violation of supervised release specification number 4.

The Government also writes to inform the Court that the parties and Probation are available to attend sentencing on the morning of Friday, May 15, 2026, or another day amenable to the Court.

Respectfully,

JAY CLAYTON
United States Attorney

by:  */s/Meredith C. Foster*
Meredith C. Foster
Assistant United States Attorney
(212) 637-2310

Cc: Counsel of Record