

**LAW OFFICE OF**
**JOSHUA D. KIRSHNER,** PLLC

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www. jkirshnerlaw.com

May 27, 2026

BY ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Application DENIED.  The current scheduled date of  June 23, 2026, is the next available date for sentencing.  The Clerk of the Court is directed to terminate the letter motion at docket number 74.

Dated: June 4, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: **_United States v. Trevis Raphael_**, 24 Cr. 339 (LGS)

Dear Judge Schofield:

I represent Trevis Raphael in the above-captioned matter. On consent of the Government, I respectfully write to request that sentencing on Violation of Supervised Release Specification 4 be advanced from its currently scheduled date of June 23, 2026 to the late morning of June 10, 2026, should the Court be available.

Counsel has confirmed availability with all parties, as well as with the Probation Department. In addition, both the Government and the defense do not intend to submit written sentencing materials, as the parties believe oral presentations will suffice.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

cc:      All parties (via ECF)