

LAW OFFICE OF
JOSHUA D. KIRSHNER, PLLC

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www. jkirshnerlaw.com

June 5, 2026

BY ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Application Granted. The sentencing hearing currently scheduled for June 23, 2026, is adjourned to* **June 29, 2026, at 11:00 a.m**. *The Clerk of the Court is directed to terminate the letter motion at docket number 76.*

*Dated: June 8, 2026*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  ***United States v. Trevis Raphael***, 24 Cr. 339 (LGS)

Dear Judge Schofield:

I represent Trevis Raphael in the above-captioned matter. On consent of the Government, I respectfully write to request that sentencing on Violation of Supervised Release Specification 4 be adjourned from its currently scheduled date of June 23, 2026, to a date that is convenient to the Court during the week of June 29, 2026,[1] as counsel is unavailable on June 23, 2026.

Thank you for your courtesy in this and all other matters.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

cc:    All parties (via ECF)

---

[1] The parties and Probation are available at any time during that week, except between 12:00 p.m. and 2:00 p.m. on June 30, 2026, and between 10:00 a.m. and 1:00 p.m. on July 2, 2026.