UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

TREVIS RAPHAEL,

Defendant,

------------------------------------------------------------X

24 Cr. 339 (LGS)

REMAND ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a sentencing hearing was held on June 29, 2026. It is hereby,

**ORDERED** that Defendant TREVIS RAPHAEL's bail is **REVOKED.** It is further,

**ORDERED** that Defendant TREVIS RAPHAEL is hereby remanded to the custody of the United States Marshal.

Dated: June 29, 2026
New York, New York

LORNA G. SCHOFIELD
United States District Judge